AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## *Eastern District of Washington*

LAURA JACQUELINE LISTON,
Plaintiff,

v.

MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security,
Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-0265-LRS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant pursuant to the Order Granting United States' Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment entered on April 1, 2008, Ct. Rec. 33.

April 1, 2008
*Date*

JAMES R. LARSEN
*Clerk*

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas